NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ALLERGAN, INC., ALLERGAN USA, INC.,
ALLERGAN SALES, LLC, ENDO
PHARMACEUTICALS SOLUTIONS, INC.,
AND SUPERNUS PHARMACEUTICALS, INC.,
*Plaintiffs-Appellants,*

v.

WATSON LABORATORIES, INC. - FLORIDA,
*Defendant-Appellee,*

AND

SANDOZ, INC.,
*Defendant-Appellee,*

AND

PADDOCK LABORATORIES, INC.,
*Defendant-Appellee.*

2012-1310

Appeal from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0511, Chief Judge Gregory M. Sleet.

**ON MOTION**

## ORDER

Sandoz Inc. moves for reconsideration of this court's April 27, 2012 order expediting the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

MAY 0 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan E. Singer, Esq.
Charles A. Weiss, Esq.
Deanne E. Maynard, Esq.
Wendy M. Ward, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 1 2012

JAN HORBALY
CLERK